**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **David Hoffman**

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Andrew W. Gould ,**
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
PLLC 2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 388-1262

**Defendant**(s): **City of Tucson , ; Officer Matt Alexander , ; Officer William Leonard , ;**

County of Residence: Pima

Defendant's Atty(s):

**,**

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties**(Diversity Cases Only)**

Plaintiff:-

Defendant:-

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **440 Other Civil Rights**

VI.Cause of Action: **Violations of First Amendment free speech rights, free exercise of religion rights, and due process rights actionable under 42 U.S.C. § 1983; violations of free speech rights under the Arizona Constitution; violations of Arizona Free Exercise of Religion Act**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **Declaratory and injunctive relief, nominal damages, attorney's fees**

Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** Andrew W. Gould

**Date:** October 2, 2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014